UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| PERSEPHONE BENNETT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. 2:16-CV-00102-JDL |
| BERWICK ACADEMY, | ) ) | |
| Defendant. | ) ) | |

**CONSENTED TO MOTION TO EXTEND DEADLINE
TO FILE STIPULATION OF DISMISSAL**

The Defendant Berwick Academy (the "Academy"), with the consent of the Plaintiff Persephone Bennett ("Ms. Bennett"), requests the Court to extend the deadline to file the Stipulation of Dismissal from Monday August 8, 2016 to Monday August 15, 2016 and in support of this motion states as follows:

1.  The parties have agreed on terms of settlement in this matter.

2.  The Settlement Agreement has been drafted and agreed to by counsel for both parties.

3.  It is necessary for the Board of the Academy to approve the Settlement Agreement.

4.  The Board did meet as previously-scheduled for July 26, 2016 but have raised additional questions and so did not give final approval.

5.  Counsel for the Academy is confident the Board will ratify the terms but will need additional time to secure the required information and allow all of the members of the Board to vote.

6. Ms. Bennett and her counsel consent to this motion.

Dated this 5th day of August 2016.

                                    */s/ Patricia A. Peard*
Patricia A. Peard
Peter F. Herzog
Attorneys for Defendant

BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, ME  04104-5029
(207) 774-1200
ppeard@bernsteinshur.com
pherzog@bernsteinshur.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated below the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which was generated as a result of electronic filing to all counsel listed below:

    Richard L. O'Meara, Esq.
    Murray, Plumb & Murray
    75 Pearl Street
    P.O. Box 9785
    Portland, ME  04104

                                    */s/ Patricia A. Peard*
Patricia A. Peard