UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Civil No. 2:16-CV-00102-JDL

| | |
|---|---|
| PERSEPHONE BENNETT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| BERWICK ACADEMY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties stipulate and agree, through their undersigned attorneys, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims in the above-captioned matter are dismissed with prejudice and without costs.

Dated: August 15, 2016.          Respectfully submitted,

*/s/ Stacey D. Neumann*
Stacey D. Neumann, Esq.
Richard L. O'Meara, Esq.
MURRAY, PLUMB & MURRAY
765 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 773-5651

*/s/ Patricia A. Peard*
Patricia A. Peard Esq.
BERNSTEIN SHUR SAWYER & NELSON, PA
100 Middle Street
PO Box 9729
Portland, ME 04104-5029
(207) 774-1200

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2016 I electronically filed the within Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                          */s/ Stacey D. Neumann*
                          Stacey D. Neumann
                          MURRAY, PLUMB & MURRAY
                          75 Pearl Street, P.O. Box 9785
                          Portland, ME 04104-5085
                          (207) 773-5651